Opinion filed July 27, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed July 27, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00053-CV 

                                                    __________

 

              JAMES
DON MITCHELL AND JERRY WAYNE MITCHELL, 

         INDIVIDUALLY AND AS INDEPENDENT
CO-EXECUTORS OF             THE ESTATE OF MYRLE MITCHELL, DECEASED, Appellants

 

                                                             V.

 

          CHARLIE
HIGHTOWER AND RICKEY HIGHTOWER, Appellees

 

 



 

                                         On
Appeal from the 106th District Court

 

                                                        Dawson County, Texas

 

                    Trial
Court Cause Nos. 04-03-16971-CV-A & 04-03-16971-CV-B

 



 

                                             M
E M O R A N D U M   O P I N I O N

James Don Mitchell and Jerry
Wayne Mitchell, individually and as independent co-executors of the Estate of
Myrle Mitchell, deceased, have filed in this court a motion to dismiss their
appeal as to Rickey Hightower.  Appellants
state that they no longer wish to pursue their appeal as to Rickey
Hightower.  The motion is granted.








The appeal as to Rickey Hightower
in Trial Court Cause No. 04-03-16971-CV-B is dismissed.  The remaining appeal is styled James Don
Mitchell and Jerry Wayne Mitchell, individually and as independent co-executors
of the Estate of Myrle Mitchell, deceased v. Charlie Hightower from Trial Court
Cause No. 04-03-16971-CV-A.  We note that
Charlie Hightower=s brief
is now due to be filed in this court on or before August 17, 2006.

 

PER CURIAM

 

July 27, 2006

Panel consists of:  Wright,
C.J., and

McCall, J., and Strange, J.